IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
JAN 0 4 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| BOBBY FRANCIS LOWRY; LOWRY FAMILY HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> BORDER STATE ELECTRIC; TYLER HALL, <br><br> Defendants. | Cause No. CV 18-51-BU-BMM-JCL <br><br><br> FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Plaintiff Lowry filed this action on August 13, 2018. He is a state prisoner proceeding in forma pauperis.

On November 20, 2018, the Court explained several defects in Lowry's complaint that might be cured by amendment. Absent amendment, the Court said, the complaint did not adequately allege the defendants were contractually obligated to provide testimony and did not allege that either defendant was served with and disobeyed a subpoena. In addition, Lowry did not adequately establish his authority to appear on behalf of Lowry Family Holdings, LLC; did not adequately allege his domicile for purposes of diversity jurisdiction; and did not adequately allege that either defendant caused the damages Lowry claimed. *See* Order (Doc. 7) at 3–8. Lowry was permitted to file an amended complaint, if he

1

wished to proceed, on or before December 7, 2018. *See id.* at 10 ¶¶ 1–3.

Lowry did not amend his complaint. It should be dismissed for failure to state a claim on which relief may be granted.

Based on the foregoing, the Court enters the following:

## RECOMMENDATION

1. Lowry's complaint should be DISMISSED for failure to state a claim on which relief may be granted.

2. The docket should reflect that Lowry's filing of this action counts as one strike pursuant to 28 U.S.C. § 1915(g).

3. The Court should CERTIFY, pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B), that any appeal from this disposition would not be taken in good faith.

## NOTICE OF RIGHT TO OBJECT
## TO FINDINGS & RECOMMENDATION
## AND CONSEQUENCES OF FAILURE TO OBJECT

Lowry may object to this Findings and Recommendation within 14 days. *See* 28 U.S.C. § 636(b)(1).[1] Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

---

[1] This deadline allows a party to act within 14 days after the Findings and Recommendation is "served." Federal Rule of Civil Procedure 6(d) allows three additional days after the period would otherwise expire.

<u>Lowry must immediately advise the Court of any change in his mailing address.</u> Failure to do so may result in dismissal of this action without notice to him.

DATED this 4th day of January, 2019.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge